1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No: 5:10-CV-02247-RMW |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; [] ORDER** |
| vs. | |
| CASA de FRUTA, a California Limited Partnership, et al., | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and Defendants Casa de Fruta, a California Limited Partnership, Casa de Fruta, LLC, Casa de Fruta Orchards, Inc. dba Casa de Fruta Orchard, Casa de Fruta Chevron, Casa de Fruta Coffee Shop, Casa de Fruta Restaurant (hereinafter collectively referred to as "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants be dismissed with prejudice from this action.

   IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their

///

///

///

*Moore v. Casa de Fruta, a California Limited Partnership, et al.*
Stipulation for Dismissal; [] Order

mutual satisfaction. Plaintiff and Defendants request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

Date: December 1, 2011  MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Ronald Moore

Date: December 1, 2011  FINNERTY LAW OFFICES, INC.

/s/ Kathi E. Finnerty
Kathi E. Finnerty, Attorneys for
Defendants Casa de Fruta, a California
Limited Partnership, Casa de Fruta,
LLC, Casa de Fruta Orchards, Inc.
dba Casa de Fruta Orchard, Casa de
Fruta Chevron, Casa de Fruta Coffee Shop,
Casa de Fruta Restaurant

## **ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Ronald Moore ("Plaintiff") and Defendants Casa de Fruta, a California Limited Partnership, Casa de Fruta, LLC, Casa de Fruta Orchards, Inc. dba Casa de Fruta Orchard, Casa de Fruta Chevron, Casa de Fruta Coffee Shop, Casa de Fruta Restaurant (collectively "Defendants") shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff and Defendants, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Defendants are hereby dismissed with prejudice from this action.

1    4.    As all defendants have been dismissed from this action, this matter is hereby
2  dismissed and the clerk is directed to close the case.
3
4  **IT IS SO ORDERED.**
5
6
7  Dated: FGEOFDFF          _Ronald M. Whyte_
8                                United States District Court Judge

*Moore v. Casa de Fruta, a California Limited Partnership, et al.*
Stipulation for Dismissal; [] Order

Page 3